PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Plaintiff
World Martial Arts International Ltd.

ORIGINAL FILED
07 MAY 14  PM 3:57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WORLD MARTIAL ARTS, INTERNATIONAL LTD.,

Plaintiff,

v.

PETER MADDRELL d/b/a BUSHIDODVD.COM.

Defendant.

Case No. C07 02561 MEJ

COMPLAINT FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

## THE PARTIES

1. Plaintiff, is a New York corporation with a place of business at 615 Fishers Run, Victor, NY 14564.

2. Upon information and belief, Defendant Peter Maddrell is an individual residing at 6 Birchwood Crescent, Port Moody, BC, V3H 5H7, Canada.

## NATURE OF THE ACTION

3. This action is brought in part under federal copyright law, 17 U.S.C. § 101 et seq.

## JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338.

5. Defendant has consented to jurisdiction pursuant to 17 U.S.C. § 512(g)(2)(C), and venue is therefore proper.

6. Plaintiff is informed and believes that events that give rise to the claim occurred in

COMPLAINT                                                                                                         Case No:

the counties assigned to the San Jose Division.

## FACTS

7. Plaintiff authors, produces, directs and films, in whole or in part, martial arts and self-defense related DVD videos.

8. Plaintiff's videos include, among others: Cesar Gracie Brazilian Jiu-Jitsu; Craig Kukuk A-Z; Saulo Ribeiro Freestyle Revolution; Marcelo Garcia Winning Techniques of Brazilian Jiu-Jitsu; Marcelo Garcia Series 3: Winning Techniques of Submission Grappling; Mario Sperry Master Series 1; Mario Sperry Secrets of Submission Grappling; Renzo Gracie Craig Kukuk; Eduardo Telles Turtle Guard; Karo Parisyan Judo for Mixed Martial Arts; and Kevin Jackson Ultimate Takedowns.

9. Plaintiff's videos each includes, in addition to audiovisual works, software in the form of an interactive menu system and/or a non-visual sound recording, to which Plaintiff holds exclusive rights.

10. Upon information and belief, Defendant operates the website BushidoDVD.com for the purpose of renting, leasing, and/or lending for direct commercial advantage Plaintiff's videos.

11. Plaintiff has not authorized Defendant's activities. Plaintiff has been and continues to be damaged by Defendant's acts, such damages being irreparable.

## FIRST COUNT

## COPYRIGHT INFRINGEMENT

12. Plaintiff hereby incorporates the allegations of paragraph 1 through 11 as if stated fully herein.

13. Defendant's conduct violates the exclusive rights belonging to Plaintiff under federal copyright law, including without limitation Plaintiffs' rights under 17 U.S.C. §§ 106 and 109(b).

14. Upon information and belief, Plaintiff alleges that, as a direct and proximate result of their wrongful conduct, Defendant has realized and continue to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

15. Defendant's infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiff in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the Plaintiff with no adequate remedy at law.

16. Upon information and belief, Defendant has willfully engaged in, and is willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of Plaintiff. Plaintiff is, therefore, entitled to the maximum statutory damages allowable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor Plaintiff:

1. Awarding actual damages to Plaintiff in an amount to be determined;

2. Awarding Plaintiff Defendant's profits gained by Defendant during the periods of infringement;

3. Awarding exemplary damages to Plaintiff in an amount equal to three times the actual damages and profits awarded;

4. Awarding Plaintiff its costs and attorneys' fees;

5. Permanently enjoining Defendant from future violations of Plaintiff's copyrights; and

6. Providing all other equitable relief that the Court deems just and proper.

DATED: May 14, 2007                    PERKINS COIE LLP

                                       By _____
                                       Paul J. Andre
                                       Lisa Kobialka
                                       Attorneys for Plaintiffs
                                       World Martial Arts International Ltd

## JURY DEMAND

World Martial Arts International Limited demands a jury trial as provided for in the Federal Rules of Civil Procedure.

DATED: May 14, 2007

**PERKINS COIE LLP**

By _____
Paul J. Andre
Lisa Kobialka
Attorneys for Plaintiffs
World Martial Arts International Ltd.